Elizabeth B. Eagan, Respondent, v. Dora M. Smyth, Appellant.— Appeal dismissed, without costs, upon stipulation filed.

Ellen Cheney, Respondent, v. Jay Cornell and Another, Appellants.— Appeal dismissed, without costs, upon stipulation filed.

In the Matter of Joseph Nellis, an Attorney and Counselor at Law.— Matter referred to Mr. William G. Tracy, an attorney and counselor at law,

residing in Syracuse, to take proofs upon the issues raised by the petition and answer thereto, and return the same to this court together with his opinion thereon.

Charles E. Irving, Respondent, v. John A. Roberts and Company, Appellant.— Judgment and order affirmed, with costs. All concurred.